JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

(a) PLAINTIFFS: FRANCINE YATES

DEFENDANTS: The Chicago Transit Authority, The city of Chicago, The State of Illinois, Dr. Kumar Modayil, Walgreens, Otsuka Pharmaceutical company, Ltd, Bristol-Myers Squibb company

(b) County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
FRANCINE YATES PRO SE
14114 S. Edbrooke Avenue
Riverdale, IL 60827
(3P) 351-5635

Attorneys (If Known):

FILED
AUG 15, 2008
AUG 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4653
JUDGE KENNELLY
MAG. JUDGE MASON

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(form table omitted)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

TORTS — PERSONAL INJURY — ☒ 365 Personal Injury — Product Liability

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

775 ILCS 5/6 Human Rights Act. The plaintiff placed a call to Patrick's Fitzgerald's office on 6/3/08 to make him aware of the fact that Ronald Huberman and Mayor Daley were trying to get her the plaintiff to embezzle money and launder the funds from her prior lawsuit.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. This case

☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE: 8/15/08

SIGNATURE OF ATTORNEY OF RECORD: Francine Yates