APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: FRANCINE YATES
(Please print)

STREET ADDRESS: 14114 S. Edbrooke Avenue

CITY/STATE/ZIP: Riverdale, IL 60827

PHONE NUMBER: (312) 351-5635 / (708) 841-5612

CASE NUMBER: 08CV4653
JUDGE KENNELLY
MAG. JUDGE MASON

_Francine Yates_
Signature

8/15/08
Date

FILED
Aug 15, 2008
AUG 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT