*MHN*

Date:   August 21, 2008
To:     Judge Kennelley and Judge Mason
From:   Francine Yates
Re:     Brief for Case 08C 4653

Attached you will find two sets of documents which are related to the plaintiff, Francine Yates', medical records while she was an employee with the Chicago Transit Authority. These medical records also pertain to the case of 08C 4653. One set of documents are for each judge assigned in this particular case. Each set of documents also have one copy of a Seroquel junk email which was sent to the plaintiff from Ronald Huberman and one copy of a health guide related to Alberta pharmacists. I have also included seven copies of a Seroquel junk email which was sent to me from Ronald Huberman and seven copies of an Alberta pharmacist health guide to be mailed with each brief for the defendants named in this case. These documents are to be used as additional references and substantial evidence in the case 08C 4653 against the defendants. The defendants in case 08C 4653 are Dr. Kumar Moolayil, Walgreens, The CTA, The City of Chicago, The State of Illinois, Bristol-Myers Squibb Company and Otsuka Pharmaceutical Company, Ltd. These documents were not included in the brief when it was submitted for indigent status approval because two of the defendants named in case 08C 4653 are pharmaceutical companies and as the plaintiff, I have a right to have my medical information kept private. Also, the first five defendants which are referenced above for case 08C 4653 are also named in a gross negligence and medical malpractice case. The case number is 08C 4651. These defendants have a copy of these medical records from my employment records and from the brief for 08C 4651. If you have any questions or concerns, please call me at (708) 841-6417. Thanks!

**FILED**
*8-21-2008*
AUG 2 1 2008  Y M

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT.**

*Francine Yates*
FRANCINE YATES

This disability notice must be filled out immediately. Return to Sedgwick CMS, P.O. Box 803947, Chicago, IL 60680-3947.
duty to notify your immediate supervisor on your first day off. On your second day off, notify your work location and Sedgw
(312) 759-2282.

**ATTENTION:**     Your claim benefits will not start until you are under the care of a licensed provider.

**\* IMPORTANT:**     This form is not to be used if sickness or injury is due to an injury on duty or recurrence of same.

## BOTTOM PORTION MUST BE COMPLETED BY LICENSED PROVIDER

YATES, FRANCINE                                                          N/A

Name  Last  First  Middle  Married

15439 S. DORCHESTER, UNIT #2F  DOLTON IL 60419  (708) 841-5612

Address  Number  Street  City/Town  Zip Code  Phone Number

35  FINANCIAL ANALYST 3  41648  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

Age  Occupation – Type of Work  Badge/Payroll Number  Social Security Number

CAPITAL INVESTMENT  222 Merchandise MART Plaza Chicago IL

Department  Location  Union → N/A FLEXEM'T Emp

MAJOR DEPRESSION AND ANXIETY  YES

Describe Type of Sickness or Injury  Injured on Duty

Wednesday, 11/26/03  (708) 596-5622

First Day Unable to Work  Month  Day  Year  Phone Number

KUMAR  MOOLAYIL IL

Name of Provider Attending

15425 S. PARK #102  South Holland, IL 60473

Address  Number  Street  City/Town  ZipCode

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

To be completed by Employee
**AUTHORIZATION TO RELEASE INFORMATION:** I hereby authorize the undersigned provider to release any information acqui
course of my examination or treatment to the CTA's Medical Director, Sedgwick CMS, Blue Cross/Blue Shield and ComPsych to r
CTA information necessary for the payment of Weekly Indemnity Benefits.

Francine Yates  12/7/03

Signed  Date

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

TO BE COMPLETED BY LICENSED PROVIDER IMMEDIATELY AND RETURNED TO SEDGWICK CMS, P.O. BOX 80394
CHICAGO, ILLINOIS 60680-3947

FRANCINE YATES

Patient's Name

12/2/03  296.23.

First day evaluated for present condition  ICD 9 Code

Major depression and anxiety

Diagnosis/ Presenting Issues

Surgery (if applicable include date)

Klonopin 0.5 mgm po BID / Lexapro 10mg po QD)

Treatment Plan (including meds)

anxiety / depression / difficulty being around people.

What symptoms are preventing the patient from returning to work?

approximately 12 wks.

Duration of disability?

12/29/03.  MD.

Next Office visit date (if applicable)  Signed  Professional Designati

12/15/03  KUMAR MOOLAYIL

Date

\* **Provider Name:**  15475 S. PARK #102 S. Holland IL6

\* **Provider Address:**

\* **Provider Phone Number:**  708.596.2211  \* Provider Fax Number: 708.596.5622

# MEDICAL EXAMINER'S REPORT

NAME _Yates, Francine_  Emp. No. _41648_  Age _36_

Occupation _Sr. Cip Project Analyst_  Dept. _Capital Investmcy_  Entered Service Date _03-25-02_

Type of Examination _Dis Claim_  Absent since _11-26-03_

MEDICAL HISTORY: _Pt has been treat since 11/26/03 requise depression and anxiety, the pt ... ability to ..._

MEDICATIONS: _Pt ..._

SIDE EFFECTS OF MEDICATION: _5/27/04_

OTHER PROBLEMS: _5/27/04_

PHYSICAL EXAMINATION: Temp. ___ Pulse ___ Resp. ___ BP _140/90_

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|-----|--------|------------------------|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | |
| ☐ | ☐ | Heart and Lungs | _NSR — lung clear_ |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
|   |   | Other: | |

SPECIAL TESTS:

Urinalysis: PH ___ Albumen ___ Sugar ___ Bl. ___

Audiogram ___

ECG ___

DIAGNOSIS: _Depression — R/o schizophrenia_

DISPOSITION: Fit for ☐ Regular Duty ☑ Unfit for any work  Appt. Date ___

REMARKS: _...._

Date _5/27/06_  Signed _____ M.D.

EXHIBIT B



KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates    DATE 4/26/04

ADDRESS

℞ (Please Print)

EXHIBIT C

# **cta**

# MEMORANDUM

**TO:**      File

**FROM:**   Paul F. Fish

Vice President, Capital Investment

**DATE:**    November 14, 2003

**SUBJECT:**   **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on interviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began working in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate times, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. Further, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at her, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several occasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them of conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, Jan Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring between July and November 2003.

Finally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her irrational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst directed at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. After interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. Many of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has resulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

In September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and suggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

Based on this information, I recommended a special medical assessment for Ms. Yates.

6423 (03/87)

*EXHIBIT D*



November 25, 2005

TO: Francine Yates

FROM: Paul F. Fish, Vice President, Capital Investment

RE: Medical Referral

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2005.

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.



# Chicago Transit Authority
Merchandise Mart Plaza, P.O. Box 3555
Chicago, Illinois 60654
(312) 664-7200

May 27, 2004

**Administrative Separation**

Ms. Francine Yates
15439 S. Dorchester – Unit 1-F
Dolton, IL  60419

**Badge #:  41648**

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED
## PRIORITY MAIL SERVICE

Dear Ms. Yates:

Due to illness, you have been unable to perform you duties as Financial Analyst III since November 26, 2003.   Your request for Family Medical Leave was denied because you exhausted your FMLA entitlement.   In addition, your Short-term Disability benefit has expired per the parameters of Administrative Procedure # 131.

CTA President Frank Kruesi determined that exempt employees would no longer be placed in Area 605. Therefore, I have no recourse but to administratively separate you from your employment with the Chicago Transit Authority.   Your separation is effective immediately.   Your health insurance may continue under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985.  You will be eligible for continuation of coverage by paying an administrative fee for this coverage.  You can contact the COBRA administrator Unicare COBRA Billing at (800) 331-8492 for additional information.  In addition, you are eligible for one (1) vacation day.

In regards to any pension benefits, which may be available to you, contact Ms. Gloria Cage at the Retirement Plan office for further information.  She can be reached at (312) 463-0358.  Finally, you can call Paul F. Fish at (312) 664-7200, extension 4590 to make arrangements to return your I.D., security pass and office key, and to obtain your personal effects.

Sincerely,

Paul F. Fish
Vice President
Capital Investment

cc:    Joyce Coleman, Human Resources/Vice President
        Jonathan Johnson, Payroll/ Manager
        Carla Jones, Benefits Services/ Benefits Coordinator
        Employee's Personnel File

EXHIBIT F

DEA # AM8456471

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME _Francine Yates_

ADDRESS _____



EXHIBIT 6

**Chicago Transit Authority**
Merchandise Mart Plaza, Room 742

Name _Francine Motts_

Appointment Date _June 8/04_ at _____ A.M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE
REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES
DEPARTMENT,** Telephone 664-7200, ext. 3613, 3614 or 3615.
Failure to comply will result in loss of benefits.

## PLEASE BRING THIS SLIP WITH YOU

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

# MEDICAL EXAMINATION REPORT

To _*Gen Mgr.*_　Location Room No. _*N. Mart 786*_　Date _*11-06-08*_

Employee _*YAFFA Francine*_ Employee No. _____

was found physically (unfit) to work as a _*Sr. Analyst*_

Type of Examination: _*Special per Dept*_

Remarks: _*Left Med. Dept. 3 M.*_

Absent from duty since _____

Signed _____ M.D.

**cta** 7533 (rev. 10/86) Personnel Administration, Medical

_EXHIBIT 10_



Yahoo!  My Yahoo!  Mail  More  **Make Y! My Home Page**  **Hi, beyondtheregular**  Sign Out  All-New Mail

Help

**YAHOO! MAIL** Classic

Search  |  **WEB SEARCH**



**Reveal Naturally Younger Eyes**

Simulated Imagery. Results Not Typical

90% SEE BRIGHTER

**START YOUR FREE**

www.dermitage.com | *S&P
121-day consumer test. ‡12-week

| Mail | Contacts | Calendar | Notepad | | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**  **Compose**  |  **Search Mail**  **Search the Web**

Netflix
Try for Free!

Previous | Next | Back to Search Results  Mark as Unread

**Delete**  **Reply ▾**  **Forward**  **Spam**  **Move... ▾**

**Folders**  [Add - Edit]

**Inbox (41359)**
Drafts (4)
Sent
**Spam (13390)**  [Empty]
Trash  [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

"2008 Diet Pill of the Year"
Pounds To Lose?
Choose  ▾
Zap Belly Fat &
Boost Libido Fast
AS SEEN ON CNN,
NBC & FOX NEWS
Actual Atypical Results
**Get Your FREE Trial,**
**CLICK HERE**
*click for details!  SlimSeduction.com

### Have You Taken SEROQUEL? Important Lawsuit Information

Friday, July 4, 2008

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by almost 10,000 people in the United States over claimed injuries from defects in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promote for unapproved uses.
**If you or a loved one has taken Seroquel, you may be entitled to compensat**

------------------------
To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach, FL 33484

You have received this message because you signed up with marchbooth com or one of it's par
We are a service provider and not the seller of the product(s) or service(s) contained in the er
If you prefer not to receive emails from us, **go here.**



| HOME | FACTS | RISKS | LEGAL |

## Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.

## The most common side effects from Seroquel use include:

- Diabetes
- Pancreatitis
- Ketoacidosis
- Neuroleptic Malignant Syndrome

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

**Please fill out this form** to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

### Contact an Attorney to Discuss Your Cl

| | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

**If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!**

| Submit |
| --- |

☑ By leaving this box checked, I agree to rece
advertisements from Legal Leads Network
partners.

☑ I agree that submitting this form and
contained within does not establish an
relationship.

☑ I agree that my information will be review
one attorney and/or law firm.

☑ I agree that the information that I will rece
to the above question is general informati
be charged for the response to this e-
further understand that the law for each
and therefore, I will not rely upon this info
advice. Since this matter may require a
my home state, I agree that local co
contacted for referral of this matter..

\* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
**This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service**

JUNE 2007



alberta college of
**pharmacists**

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics



### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals



### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient,
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's guide to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

## 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

## 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

## 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

## Clinical pharmacist who has completed the orientation

| Adapting a prescription (Effective April 1, 2007) | | | Prescribing in an emergency |
| --- | --- | --- | --- |
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

## Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation

**Additional prescribing authorization**
(Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.)

| Prescribing based on: | | |
| --- | --- | --- |
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of **pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*

JUNE 2007



Alberta College of
Pharmacists

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:



- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics

↓

### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals

↓

### Three types of prescribing:



- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient,
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's** **guide** to pharmacist prescribing

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

### 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

### 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

### 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

| Clinical pharmacist who has completed the orientation | | |
|---|---|---|
| **Adapting a prescription** (Effective April 1, 2007) | | **Prescribing in an emergency** |
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

| Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation | | |
|---|---|---|
| **Additional prescribing authorization** (Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.) | | |
| Prescribing based on: | | |
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of **pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

**safe, effective, responsible pharmacist practice**

JUNE 2007

alberta college of
**pharmacists**



# The health professional's guide to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics



### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals

### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient,
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's guide to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note.* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

## 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

## 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

## 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

| Clinical pharmacist who has completed the orientation | | | |
|---|---|---|---|
| **Adapting a prescription** (Effective April 1, 2007) | | | **Prescribing in an emergency** |
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

| Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation | | |
|---|---|---|
| **Additional prescribing authorization** (Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.) | | |
| Prescribing based on: | | |
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of
**pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*

JUNE 2007



alberta college of
**pharmacists**

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics

↓

### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals

↓

### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient.
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's** **guide** **to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

### 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

### 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

### 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

## Clinical pharmacist who has completed the orientation

| Adapting a prescription (Effective April 1, 2007) | | | Prescribing in an emergency |
|---|---|---|---|
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

## Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation

**Additional prescribing authorization**
(Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.)

| Prescribing based on: | | |
|---|---|---|
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of
**pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*

JUNE 2007



alberta college of
pharmacists

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics

↓

### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals

↓

### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient,
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's** **guide** **to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

## 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

## 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

## 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

| Clinical pharmacist who has completed the orientation | | | |
|---|---|---|---|
| **Adapting a prescription** (Effective April 1, 2007) | | | **Prescribing in an emergency** |
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

| Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation | | |
|---|---|---|
| **Additional prescribing authorization** (Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.) | | |
| Prescribing based on: | | |
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of
**pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*



alberta college of
**pharmacists**

JUNE 2007

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics



### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals



### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

*Professionalism* – Pharmacists must:

- establish a professional relationship with each patient,
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

*Individual competence* – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

*Appropriate information* – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

*Informed consent* – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

*Approved indications* – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

*Documentation* – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

*Notification of other health professionals* – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's guide to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

### 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

### 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

### 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

## Clinical pharmacist who has completed the orientation

| **Adapting a prescription** (Effective April 1, 2007) | | | **Prescribing in an emergency** |
|---|---|---|---|
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

## Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation

**Additional prescribing authorization**
(Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.)

Prescribing based on:

| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |
|---|---|---|

alberta college of
**pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*

JUNE 2007



Alberta College of
Pharmacists

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics

↓

### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals

↓

### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

**Professionalism** – Pharmacists must:

- establish a professional relationship with each patient.
- maintain professional independence,
- refrain from prescribing for themselves or family members, and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

**Individual competence** – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

**Appropriate information** – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

**Informed consent** – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

**Approved indications** – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

**Documentation** – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

**Notification of other health professionals** – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

**The health professional's** guide **to pharmacist prescribing**

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note:* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

## 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

## 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

## 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

| **Clinical pharmacist who has completed the orientation** | | | |
|---|---|---|---|
| **Adapting a prescription** (Effective April 1, 2007) | | | **Prescribing in an emergency** |
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

| **Clinical pharmacist who has completed the orientaton *and* has additional authorization under s16(3) of the regulation** | | |
|---|---|---|
| **Additional prescribing authorization** (Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.) | | |
| Prescribing based on: | | |
| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |

alberta college of
**pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible
pharmacist practice*

JUNE 2007



alberta college of
**pharmacists**

# The health professional's **guide** to pharmacist prescribing

## The foundations of pharmacist prescribing

### Governance and practice framework documents:

- Acts
- Regulations
  - Evaluation for additional prescribing authority
- Standards of Practice
- Code of Ethics



### Prescribing fundamentals:

- Professionalism
- Individual competence
- Appropriate information
- Informed consent
- Approved indications
- Documentation
- Notification of other health professionals



### Three types of prescribing:

- Adapting a prescription
- Prescribing in an emergency
- Additional prescribing authorization
  - Initial point of access, e.g., primary care
  - In collaboration with other prescriber, e.g., chronic disease management
  - In collaboration with health professionals who do not have prescribing authority

On April 1, 2007, the *Pharmacists Profession Regulation* to the *Health Professions Act* came into effect. This regulation authorized a new scope of practice for Alberta pharmacists. The new practice framework authorizes roles that pharmacists have been providing for some time within various parts of the health system. These framework changes will translate into improved access to drug therapy, quality, and safety.

The regulation, our new standards of practice, and our code of ethics establish the practice framework within which pharmacist prescribing will occur. You can view all of these documents on the Alberta College of Pharmacists' website (http://pharmacists.ab.ca).

## Prescribing fundamentals

Seven elements guide pharmacist prescribing. Pharmacists must employ all of these elements and their professional judgement each time they prescribe.

**Professionalism** – Pharmacists must:

- establish a professional relationship with each patient;
- maintain professional independence;
- refrain from prescribing for themselves or family members; and
- work collaboratively with other regulated health professionals to serve the best interest of the patient.

**Individual competence** – Pharmacists must limit prescribing to their area of competence. They must have an adequate understanding of the

condition being treated, treatment alternatives, and the drug being prescribed before issuing a prescription.

**Appropriate information** – Pharmacists must have enough information about the specific patient's health status to ensure that the prescribing decision will maintain or enhance the effectiveness of the drug therapy and will not put the patient at risk.

**Informed consent** – Pharmacists must have the patient's informed consent before undertaking any prescribing activity.

**Approved indications** – Pharmacists must only prescribe when an indication is either approved by Health Canada, supported by evidence, i.e., considered best practice or accepted clinical practice in peer-reviewed literature, or is part of an approved research protocol.

**Documentation** – Pharmacists' prescriptions must be written and signed by the pharmacist. With this new authority, pharmacists must now carry a minimum of $2 million of personal liability insurance. In the patient's record, pharmacists must record the prescribing decision, their rationale, and the follow-up plan.

**Notification of other health professionals** – After writing a prescription, pharmacists must notify other health professionals involved in the patient's care as soon as possible.

**Each of these fundamentals is addressed in detail in the orientation to the new standards and legislation that each pharmacist must complete before prescribing.**

## The health professional's **guide** to pharmacist prescribing

# When may pharmacists prescribe?

Pharmacist prescribing does not replace a patient's need to see their doctor or other health professionals. Most pharmacist prescribing will be conducted collaboratively. The chart below describes prescribing roles that pharmacists may perform.

*Note.* Not all pharmacists will choose to prescribe. The new legislation *authorizes* pharmacists to prescribe, but it doesn't *obligate* them to.

### 1. Adapting a prescription

Pharmacists may now alter the dose, formulation, or regimen and then notify the original prescriber. Dose adaptations will occur if the strength of the prescribed drug is not commercially available or if the patient's age, weight, or organ function indicates the need for a change.

A pharmacist may substitute a drug that is expected to have the same or similar therapeutic effect. This includes substituting a drug from the same therapeutic class to avoid side effects. Pharmacists' decisions will be patient-specific and on a case-by-case basis.

Pharmacists are also authorized to issue a prescription to ensure continuity of care.

### 2. Prescribing in an emergency

If a patient has an immediate need for drug therapy and cannot see another authorized prescriber, a pharmacist may prescribe a small amount of drug to treat the symptoms until the patient can see someone to make a diagnosis. Emergency prescribing is not likely to happen very often.

### 3. Additional prescribing authorization

Pharmacists who successfully complete an evaluation recognized by ACP's Council will be given additional prescribing authorization.

The evaluation process will be piloted this summer. We expect that pharmacists will be able to apply for this additional authorization in Fall 2007. A detailed communiqué describing this level of prescribing is forthcoming.

Pharmacists are not authorized to prescribe narcotics or controlled drugs.

# Communication is the key

Talk with your pharmacist colleagues to find out what new services they will be incorporating into their practice and how they can benefit you and your patients. The pharmacists' new practice framework is all about pharmacists meeting patient needs while working cooperatively and collaborating with other health professionals. To provide optimal care, all members of a patient's health care team need to be clear about treatment plans and desired therapy outcomes. Two-way sharing of information by all health professionals will help ensure the best decisions and patient care.

## Clinical pharmacist who has completed the orientation

| **Adapting a prescription** (Effective April 1, 2007) | | | **Prescribing in an emergency** |
|---|---|---|---|
| Altering dose, formulation, or regimen | Therapeutic substitution | Issuing a prescription for continuity of care | Only when it is not reasonably possible to see another prescriber and there is an immediate need for drug therapy |

## Clinical pharmacist who has completed the orientaton and has additional authorization under s16(3) of the regulation

**Additional prescribing authorization**
(Pharmacists will be able to apply for authorization to perform this function, pending ACP's implementation of the evaluation process.)

Prescribing based on:

| Pharmacist's assessment at initial point of access, e.g., primary care | Collaboration with another authorized prescriber, e.g., chronic disease management | Collaboration with regulated health professionals who do not have prescribing authority |
|---|---|---|

## alberta college of **pharmacists**



1200 - 10303 Jasper Avenue NW
Edmonton AB T5J 3N6
(780) 990-0321
Toll Free: 1-877-227-3838
Fax: (780) 990-0328
Website: pharmacists.ab.ca

*safe, effective, responsible pharmacist practice*





**HOME**    **FACTS**    **RISKS**    **LEGAL**

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.

## The most common side effects from Seroquel use include:

- **Diabetes**
- **Pancreatitis**
- **Ketoacidosis**
- **Neuroleptic Malignant Syndrome**

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

Please fill out this form to the best of your ability
representative will contact you in the next few busi
review your situation and possible courses of actio
only)

### Contact an Attorney to Discuss Your Cl

| | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!



Submit

☑ By leaving this box checked, I agree to rece advertisements from Legal Leads Network ε partners.

☑ I agree that submitting this form and contained within does not establish an relationship.

☑ I agree that my information will be review one attorney and/or law firm.

☑ I agree that the information that I will rece to the above question is general informati be charged for the response to this e-further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require ε my home state, I agree that local co contacted for referral of this matter..

* Not available in all states.

Copyright © 2008, Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
**This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service**

Have You Taken SEROQUEL? Important Lawsuit Information - Search Results - Yahoo!    Page 1 of 2

Case 6:06-cv-04652 Document... Filed 08/27/2008    Page 33 of 50

Yahoo!   My Yahoo!   Mail   More      **Make Y! My Home Page**      **Hi, beyondtheregular**      Sign Out   All-New Mail

Help

## YAHOO! MAIL Classic

| Search | **WEB SEARCH** |

**Reveal Naturally Younger Eyes**
Simulated Imagery. Results Not Typical.
**90% SEE BRIGHTER**
**START YOUR FREE* T**
www.dermitage.com | *S&P
121-day consumer test, 112-week

| Mail | Contacts | Calendar | Notepad | | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**   **Compose**                              **Search Mail**   **Search the Web**

Netflix
Try for Free!

Previous | Next | Back to Search Results                     Mark as Unrea

**Delete**   **Reply** ▼   **Forward**   **Spam**   **Move...** ▼

**Folders**   [Add - Edit]

**Inbox (41359)**

Drafts (4)

Sent

**Spam (13390)**   [Empty]

Trash   [Empty]

**Search Shortcuts**

My Photos

My Attachments

### Have You Taken SEROQUEL? Important Lawsuit Information
Friday, July 4, 2008

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by
almost 10,000 people in the United States over claimed injuries from defects
in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn
of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promot
for unapproved uses.
**If you or a loved one has taken Seroquel, you may be entitled to compensat**

ADVERTISEMENT



**"2008 Diet Pill of the Year"**
Pounda To Lose?
Choose ▼
**Zap Belly Fat &
Boost Libido Fast**
AS SEEN ON CNN,
NBC & FOX NEWS
Actual Anytime! Results
**Get Your FREE Trial,**
**CLICK HERE**
(click for details)   slimseduction.com

To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach , FL 33484

You have received this message because you signed up with marchbooth.com or one of it's pa
We are a service provider and not the seller of the product(s) or service(s) contained in the er
If you prefer not to receive emails from us, **go here.**



| HOME | FACTS | RISKS | LEGAL |

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. **Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.**

## The most common side effects from Seroquel use include:

- **Diabetes**
- **Pancreatitis**
- **Ketoacidosis**
- **Neuroleptic Malignant Syndrome**

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

### Contact an Attorney to Discuss Your Cl

| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!

Submit

☑ By leaving this box checked, I agree to rece advertisements from Legal Leads Network partners.

☑ I agree that submitting this form and contained within does not establish an relationship.

☑ I agree that my information will be review one attorney and/or law firm.

☑ I agree that the information that I will rec to the above question is general informati be charged for the response to this e-further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require my home state, I agree that local c contacted for referral of this matter..

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service

Yahoo!   My Yahoo!   Mail   More          **Make Y! My Home Page**          **Hi, beyondtheregular**          Sign Out    All-New Mail

Help

## YAHOO!® MAIL Classic

Search                                                    **WEB SEARCH**

  

**Reveal Naturally Younger Eyes**

90% SEE BRIGHTER

START YOUR FREE

www.derm itage.com | *SAP 121-day consumer test. 112-week

Simulated Imagery. Results Not Typical.

| **Mail** | **Contacts** | **Calendar** | **Notepad** | | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**   **Compose**                          **Search Mail**   **Search the Web**

Mark as Unrea

Previous | Next | Back to Search Results

**Delete**   **Reply** ▾   **Forward**   **Spam**   **Move...** ▾

○ Netflix
  Try for Free!

**Folders**   [Add - Edit]

**Inbox (41359)**

Drafts (4)

Sent

**Spam (13390)**  [Empty]

Trash          [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

**"2008 Diet Pill of the Year"**

Pounds To Lose?
Choose ▾

Zap Belly Fat & Boost Libido Fast
AS SEEN ON CNN, NBC & FOX NEWS

Actual Amazing Results

**Get Your FREE Trial,**
**CLICK HERE**

[*click for details]   slimsolution.com



### Have You Taken SEROQUEL? Important Lawsuit Information

Friday, July 4, 2008

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by almost 10,000 people in the United States over claimed injuries from defects in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promote for unapproved uses.
**If you or a loved one has taken Seroquel, you may be entitled to compensat**

To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach, FL 33484

You have received this message because you signed up with marchbooth.com or one of it's par
We are a service provider and not the seller of the product(s) or service(s) contained in the er
If you prefer not to receive emails from us, go here.



**HOME**  **FACTS**  **RISKS**  **LEGAL**

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.

## The most common side effects from Seroquel use include:

- Diabetes
- Pancreatitis
- Ketoacidosis
- Neuroleptic Malignant Syndrome

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

---

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio *only)*

### Contact an Attorney to Discuss Your Cl

| | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered **Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!**

[ Submit ]

☑ By leaving this box checked, I agree to rece
advertisements from Legal Leads Network ;
partners.

☑ I agree that submitting this form and
contained within does not establish an
relationship.

☑ I agree that my information will be review
one attorney and/or law firm.

☑ I agree that the information that I will rec
to the above question is general informati
be charged for the response to this e-
further understand that the law for each
and therefore, I will not rely upon this info
advice. Since this matter may require a
my home state, I agree that local ci
contacted for referral of this matter..

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
**This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service**



Yahoo!   My Yahoo!   Mail   More          **Make Y! Home Page**          **Hi, beyondtheregular**          Sign Out   All-New Mail

Help

**YAHOO!® MAIL** Classic

Search                                    **WEB SEARCH**

Reveal Naturally **Younger Eyes**          Simulated Imagery. Results Not Typical          **90% SEE BRIGHTER**
          **START YOUR FREE T**
          www.dermitage.com | *S&P
          121-day consumer test. ±12-week

| **Mail** | **Contacts** | **Calendar** | **Notepad** |          **What's New?**   **Mobile Mail**   **Options**

**Check Mail**   **Compose**                                    **Search Mail**   **Search the Web**


Netflix
Try for Free!

**Folders**   [Add - Edit]

**Inbox (41359)**

Drafts (4)

Sent

**Spam (13390)**   [Empty]

Trash   [Empty]



**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

**"2008 Diet Pill of the Year"**
Pounds To Lose?
Choose ▼
**Zap Belly Fat &
Boost Libido Fast
AS SEEN ON CNN,
NBC & FOX NEWS**
Actual Atypical Results
**Get Your FREE Trial,
CLICK HERE**
(*click for details)   SlimSeduction.com

Previous | Next | Back to Search Results          Mark as Unrea

**Delete**   **Reply ▾**   **Forward**   **Spam**   **Move... ▾**

### Have You Taken SEROQUEL? Important Lawsuit Information

Friday, July 4, 200?

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by almost 10,000 people in the United States over claimed injuries from defects in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promote for unapproved uses.
**If you or a loved one has taken Seroquel,** you may be entitled to compensat

------------------------------

To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach , FL 33484

------------------------------

You have received this message because you signed up with marchbooth.com or one of it's pa?
We are a service provider and not the seller of the product(s) or service(s) contained in the e?
If you prefer not to receive emails from us, **go here.**



**HOME**   **FACTS**   **RISKS**   **LEGAL**

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. **Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.**

## The most common side effects from Seroquel use include:

- **Diabetes**
- **Pancreatitis**
- **Ketoacidosis**
- **Neuroleptic Malignant Syndrome**

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

---

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

### Contact an Attorney to Discuss Your Cl

| | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!

[ Submit ]

☑ By leaving this box checked, I agree to rece advertisements from Legal Leads Network partners.

☑ I agree that submitting this form and contained within does not establish an relationship.

☑ I agree that my information will be review one attorney and/or law firm.

☑ I agree that the information that I will rece to the above question is general informati be charged for the response to this e-further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require a my home state, I agree that local c contacted for referral of this matter..

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service



Yahoo!   My Yahoo!   Mail   More        Make Y! My Home Page        Hi, beyondtheregular        Sign Out    All-New
                                                                          Help                                     Mail

YAHOO!. MAIL
           Classic                    Search                                                   WEB SEARCH

Reveal Naturally          90% SEE BRIGHTER
Younger Eyes              START YOUR FREE*
                          www.dermitage.com | *S&P
Simulated Imagery. Results Not Typical.  21-day consumer test. 12-week

| Mail | Contacts | Calendar | Notepad |

What's New?   Mobile Mail   Options

Check Mail   Compose                        Search Mail   Search the Web

Netflix
Try for Free!

Previous | Next | Back to Search Results                    Mark as Unread

Delete   Reply ▾   Forward   Spam   Move... ▾

Folders      [Add - Edit]

Inbox (41359)

Drafts (4)

Sent

Spam (13390)   [Empty]

Trash          [Empty]

Search Shortcuts

My Photos

My Attachments

## Have You Taken SEROQUEL? Important Lawsuit Information
Friday, July 4, 2008

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by
almost 10,000 people in the United States over claimed injuries from defects
in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn
of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promote
for unapproved uses.
**If you or a loved one has taken Seroquel, you may be entitled to compensat**

ADVERTISEMENT

"2008 Diet Pill of the Year"
Pounds To Lose?
Choose ▼
Zap Belly Fat &
Boost Libido Fast
AS SEEN ON CNN,
NBC & FOX NEWS
Actual Applied Results
Get Your FREE Trial,
CLICK HERE
(Click for details)   SlimSadyaSod.com

To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach , FL 33484

You have received this message because you signed up with marchbooth.com or one of it's pa
We are a service provider and not the seller of the product(s) or service(s) contained in the e
If you prefer not to receive emails from us, go here.



# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.

## The most common side effects from Seroquel use include:

- **Diabetes**
- **Pancreatitis**
- **Ketoacidosis**
- **Neuroleptic Malignant Syndrome**

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so tests can be carried out as soon as possible.

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

| Contact an Attorney to Discuss Your Cl | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes  ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes  ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes  ○ |

**Additional Comments/Questions:**

**Contact Information**

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am  ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes  ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!

| | | Submit |
|---|---|---|
| ☑ | By leaving this box checked, I agree to rece advertisements from Legal Leads Network partners. | |
| ☑ | I agree that submitting this form and contained within does not establish an relationship. | |
| ☑ | I agree that my information will be review one attorney and/or law firm. | |
| ☑ | I agree that the information that I will rec to the above question is general informati be charged for the response to this e- further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require my home state, I agree that local c contacted for referral of this matter.. | |

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service



### Have You Taken SEROQUEL? Important Lawsuit Information

Friday, July 4, 2008

**From:** "SEROQUEL Lawsuit Info" <return@falcondawn.com>

**To:** beyondtheregular@yahoo.com

**Have You Taken SEROQUEL?**
**Important Lawsuit Information**
AstraZeneca P.L.C., Britain's second-largest drugmaker, has been sued by
almost 10,000 people in the United States over claimed injuries from defects
in the company's antipsychotic drug Seroquel.
Patients claim in the lawsuits that AstraZeneca did not adequately warn
of possible side effects, including severe weight gain and risk of diabetes.
Many of the suits contend the London-based company and its affiliates promote
for unapproved uses.
**If you or a loved one has taken Seroquel, you may be entitled to compensat**

------------------------------------
To stop receiving announcements about this offer
The Legal Leads Network, Inc.
14545 J. Military Trail #137
Delray Beach , FL 33484

You have received this message because you signed up with marchbooth.com or one of it's pa
We are a service provider and not the seller of the product(s) or service(s) contained in the er
If you prefer not to receive emails from us, go here.

**Reveal Naturally Younger Eyes**
90% SEE BRIGHTER
Before
Simulated Imagery. Results Not Typical
START YOUR FREE T
www.dermitage.com   *S&P
121-day consumer test  ±12-week

ADVERTISEMENT
"2008 Diet Pill of the Year"
Pounds To Lose?
Choose
Zap Belly Fat &
Boost Libido Fast
AS SEEN ON CNN,
NBC & FOX NEWS
Actual Apparel Results
Get Your FREE Trial,
CLICK HERE
(*click for details)   Slimseduction.com



HOME       FACTS       RISKS       LEGAL

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.

## The most common side effects from Seroquel use include:

- Diabetes
- Pancreatitis
- Ketoacidosis
- Neuroleptic Malignant Syndrome

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

---

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

### Contact an Attorney to Discuss Your Cl

| | |
|---|---|
| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| | |
|---|---|
| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!

| Submit |

☑ By leaving this box checked, I agree to rece advertisements from Legal Leads Network partners.

☑ I agree that submitting this form and contained within does not establish an relationship.

☑ I agree that my information will be review one attorney and/or law firm.

☑ I agree that the information that I will rece to the above question is general informati be charged for the response to this e- further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require my home state, I agree that local c contacted for referral of this matter..

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer

By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering i By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future Legal Leads Network and it's affiliate partners.

**This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service**





**HOME**   **FACTS**   **RISKS**   **LEGAL**

# Seroquel has been linked to Diabetes, Blood Sugar Disorders and Pancreatitis!

Before you discontinue use of this or ANY medication you need to consult your Doctor or a Medical Professional, as dangerous side effects are possible with sudden discontinuation of use.

## One Out Of Every Three!

**Dec. 30, 2005**
A two-year study at VA Connecticut Healthcare System found that high blood sugar levels existed in nearly one out of every three patients using atypical antipsychotics, including Seroquel. Patients who were otherwise thought to have normal blood sugar levels, actually demonstrate "significant abnormalities" of glucose metabolism, sufficient to justify screening in outpatient populations. **Those that have already suffered as a result of taking Seroquel may be entitled to compensation from the manufacturer of the drug, AstraZeneca.**

## The most common side effects from Seroquel use include:

- **Diabetes**
- **Pancreatitis**
- **Ketoacidosis**
- **Neuroleptic Malignant Syndrome**

## Can Cover Medical Expenses

Drug litigation lawyers are able to help affected patients put together a sound case with a view to making a claim, and the settlement received can cover medical expenses resulting from problems caused by Seroquel, as well as pain and suffering of patients that have experienced harm or injury from this drug.

## Patients Taking Seroquel Are Advised

Patients that are taking Seroquel as a regular treatment at the moment are advised not to simply stop taking it, but to contact their doctor with a view to changing over to an alternative medication. Patients are also advised to remain vigilant and look out for signs of diabetes, which include increased thirst, weight gain, and increased urination. Any signs of these effects should be immediately reported to a doctor so that tests can be carried out as soon as possible.

Please fill out this form to the best of your ability representative will contact you in the next few busi review your situation and possible courses of actio only)

### Contact an Attorney to Discuss Your Cl

| Did you begin taking Seroquel before January 1, 2006? | ○ Yes ○ |
| Were you ever diagnosed with Diabetes before you began taking Seroquel? | ○ Yes ○ |
| Were you diagnosed with diabetes after you began taking Seroquel? | ○ Yes ○ |

**Additional Comments/Questions:**

### Contact Information

| * First name: | |
| *Last name: | |
| *Address: | |
| *City: | |
| *State/Zip: | |
| *Email: | |
| *Phone: | |
| Alt phone: | |
| Best Time to Reach: | ○ am ○ |
| *Do you currently have legal representation for this particular case? | ○ Yes ○ |

If you, a family member, or friend has suffered Diabetes, Blood Sugar Disorders or Pancreatitis using Seroquel, there is a chance you qualify for monetary compensation from the manufacturer. Don't hesitate to seek justice for the damages you or your loved ones have suffered!

Submit

☑ By leaving this box checked, I agree to rece advertisements from Legal Leads Network ; partners.

☑ I agree that submitting this form and contained within does not establish an relationship.

☑ I agree that my information will be review one attorney and/or law firm.

☑ I agree that the information that I will rece to the above question is general informati be charged for the response to this e- further understand that the law for each and therefore, I will not rely upon this info advice. Since this matter may require a my home state, I agree that local c contacted for referral of this matter..

* Not available in all states.

Copyright © 2008. Legal Leads Network All Rights Reserved. Privacy Policy | Advertising Disclaimer
By filling out this free consultation form, you are NOT forming an attorney-client relationship. You can only retain an attorney by entering
By submitting this form you not entering into a fee agreement. This form is just a request for legal advice. Any information that you will re
the above question is general information and you will NOT be charged for the response to this e-mail question. I agree to receive future
Legal Leads Network and it's affiliate partners.
This is an ADVERTISEMENT, Legal Leads Network, Inc. is not a Lawyer referral service